Summary Disposition April 24, 2009:

Pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we vacate the portion of the opinion of the Court of Appeals pertaining to standing. The Court of Appeals should not have considered the validity of the guardianship order entered by the probate court in a separate proceeding in considering whether plaintiffs had standing to bring a custody action. See In re Hatcher, 443 Mich 426, 438-444 (1993); Altman v Nelson, 197 Mich App 467, 472-479 (1992). The court’s standing analysis was unnecessary to its otherwise proper holding. In all other respects, the application for leave to appeal is denied because we are not persuaded that the questions presented should be reviewed by this Court.